THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY HONEYCUTT, Also Known as JAMES BROWN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered September 20, 1976, convicting him of attempted criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814). Mollen, P. J., Damiani, Margett and Martuscello, JJ., concur.